# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1342
Lower Tribunal No. 2024-CT-400416-A-O

_____

MIKEAL GLENNDALE HAMILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Orange County.
Amy J. Carter, Judge.

September 5, 2025

BROWNLEE, J.

Mikeal Hamilton pled no contest to driving under the influence and reserved the right to appeal the denial of his dispositive motion to suppress evidence obtained during a traffic stop. Because the dash-cam video and other record evidence supports the court's conclusion that Hamilton's driving pattern gave the officer reasonable suspicion to believe he was injured, ill, or otherwise impaired, we affirm. *See, e.g.*, *State v. Sheldon*, 394 So. 3d 1263, 1265 (Fla. 5th DCA 2024) ("Florida law is clear that an officer is justified in stopping a vehicle even in the absence of a traffic

infraction when the vehicle is being operated in an unusual manner causing legitimate concern for the safety of the public.").

AFFIRMED.

STARGEL and NARDELLA, JJ., concur.

Blair Allen, Public Defender, and William L. Sharwell, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa V. Giles, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED